UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHEAT GROWERS; NATIONAL CORN GROWERS ASSOCIATION; UNITED STATES DURUM GROWERS ASSOCIATION; WESTERN PLANT HEALTH ASSOCIATION; MISSOURI FARM BUREAU; IOWA SOYBEAN ASSOCIATION; SOUTH DAKOTA AGRI-BUSINESS ASSOCIATION; NORTH DAKOTA GRAIN GROWERS ASSOCIATION; MISSOURI CHAMBER OF COMMERCE AND INDUSTRY; MONSANTO COMPANY; ASSOCIATED INDUSTRIES OF MISSOURI; AGRIBUSINESS ASSOCIATION OF IOWA; CROPLIFE AMERICA; AND AGRICULTURAL RETAILERS ASSOCIATION, <br><br>Plaintiffs, <br><br>v. <br><br>LAUREN ZEISE, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE OFFICE OF ENVIRONMENTAL HEALTH HAZARD ASSESSMENT; AND XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, <br><br>Defendants. | Civil Action No. 2:17-cv-02401-WBS-EFB <br><br>[~~PROPOSED~~] ORDER |

Upon consideration of the parties' Joint Stipulation for a Scheduling Order to Brief Plaintiffs' Forthcoming Motion for a Preliminary Injunction and for Defendants to Respond to the Amended Complaint, and for good cause shown, the Court hereby enters the following schedule:

1. <u>December 8, 2017</u>: By this date, Plaintiffs shall file their motion for a preliminary injunction.

2. <u>January 16, 2018</u>: By this date, Defendants shall file any response to Plaintiffs' motion for a preliminary injunction and shall answer or otherwise respond to the Plaintiffs' First Amended Complaint.

3. <u>February 6, 2018</u>: By this date, Plaintiffs shall file any reply in support of their motion for a preliminary injunction, and any opposition to a response filed by Defendants other than an Answer.

4. <u>February 13, 2018</u>: By this date, Defendants shall file any reply in support of any response filed by Defendants other than an Answer.

5. <u>February 20, 2018 at 1:30 p.m.</u>: On this date, the Court will hold a hearing on Plaintiffs' motion for a preliminary injunction and any motion filed by Defendants on January 16, 2018, in response to the First Amended Complaint.

IT IS SO ORDERED.

DATED this <u>6th</u> day of December 2017     <u>/s/ John A. Mendez</u>  
                                                                          for William B. Shubb  
                                                                          Senior United States District Judge