UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| NATIONAL ASSOCIATION OF WEHEAT GROWERS, et al., | CIV. NO. 2:17-02401 WBS EFB |
| Plaintiffs, | ORDER |
| v. | |
| LAUREN ZEISE, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE OFFICE OF ENVIRONMENTAL HEALTH HAZARD ASSESSMENT, et al., | |
| Defendants. | |

----oo0oo----

Before the court is the Motion for Leave to File Brief filed by the Chamber of Commerce of the United States of America and the California Chamber of Commerce as amici curiae in support of plaintiff's request for a preliminary injunction. (Docket No. 32.) In light of plaintiffs' consent to the Motion and defendants' statement that they do not oppose the Motion so long as they are afforded an opportunity to respond, the court will

1

grant the Motion.

IT IS THEREFORE ORDERED THAT the Motion for Leave to File Brief (Docket No. 32) be, and the same hereby is, GRANTED. Amici curiae the Chamber of Commerce of the United States of America and the California Chamber of Commerce shall file their brief within two days of entry of this Order. Defendants may respond to any arguments presented in the amicus brief in their opposition to the Motion for Preliminary Injunction but are not required to do so.

Dated: January 2, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE