UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHEAT GROWERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LAUREN ZEISE, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE OFFICE OF ENVIRONMENTAL HEALTH HAZARD ASSESSMENT, et al.,<br><br>　　　　Defendants. | CIV. NO. 2:17-cv-02401 WBS EFB<br><br>ORDER |

----oo0oo----

Before the Court is the Motion for Leave to File Brief filed by the States of Missouri, Idaho, Indiana, Iowa, Louisiana, Kansas, Michigan, North Dakota, Oklahoma, South Dakota, and Wisconsin as amici curiae in support of Plaintiffs' request for a preliminary injunction. (Docket No. 34.) In light of the parties' non-opposition to the Motion, the Court will grant the Motion.

IT IS THEREFORE ORDERED THAT the Motion for Leave to File Brief (Docket No. 34) be, and the same hereby is, GRANTED.

Amici curiae the States of Missouri, Idaho, Indiana, Iowa, Louisiana, Kansas, Michigan, North Dakota, Oklahoma, South Dakota, and Wisconsin shall file their brief within two days of entry of this Order. Defendants may respond to any arguments presented in the amicus brief in their opposition to the Motion for Preliminary Injunction but are not required to do so.

Dated: January 3, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE