XAVIER BECERRA, State Bar No. 118517
Attorney General of California
SUSAN S. FIERING, State Bar No. 121621
Supervising Deputy Attorney General
DENNIS RAGEN, State Bar No. 106468
HEATHER C. LESLIE, State Bar No. 305095
LAURA J. ZUCKERMAN, State Bar No. 161896
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-1299
 Fax:  (510) 622-2270
 E-mail:  Laura.Zuckerman@doj.ca.gov
*Attorneys for Defendants Dr. Lauren Zeise,
Director, Office of Environmental Health Hazard
Assessment, and Xavier Becerra, Attorney General
of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF WHEAT GROWERS ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LAUREN ZEISE, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE OFFICE OF ENVIRONMENTAL HEALTH HAZARD ASSESSMENT; AND XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Defendants. | Civil Action No. 2:17-CV-02401-WBS-EFB<br><br>**STIPULATION CONCERNING RESPONSE TO AMICUS BRIEFS**<br><br>Courtroom:    5<br>Judge:          The Honorable William B. Shubb<br>Trial Date:    None set.<br>Action Filed:  November 15, 2017 |

1

Plaintiffs National Association of Wheat Growers et al. and Defendants Lauren Zeise, Director of the Office of Environmental Health Hazard Assessment, and Xavier Becerra, Attorney General of the State of California (jointly Parties), submit this Stipulation Concerning Response to Amicus Briefs.  The Parties have separately submitted a [Proposed] Order to the Court consistent with this Stipulation.

On December 27, 2017, the Chamber of Commerce of the United States and the California Chamber of Commerce (jointly "the Chambers") filed a motion for leave to file an amicus curiae brief in support of Plaintiffs' Motion for a Preliminary Injunction, set to be heard on February 20, 2018 in this Courtroom.

On January 2, 2018, this Court granted the request of the Chambers to file an amicus curiae brief and ordered that any response should be filed in the opposition to the Motion for Preliminary Injunction.

On January 2, 2017, the State of Missouri and ten other states ("States") filed a multistate amicus brief in support of Plaintiffs' Motion for a Preliminary Injunction.

Defendants believe that there are entities who may seek to file an amicus curiae brief in support of Defendants.

The Parties believe that it would be helpful to the Court if the parties were permitted to submit responses to the amicus curiae briefs directly.  They have therefore met and conferred and are proposing a schedule for responding to those amicus curiae briefs that have been filed in support of Plaintiffs and any amicus curiae briefs that may be filed in support of Defendants, and stipulate as follows:

No later than January 26, 2018, Defendants shall file any responses to the amicus curiae briefs filed by the Chambers and the States.

Any amicus curiae briefs in support of Defendants shall be filed no later than January 26, 2018.  In the event that any such amicus curiae briefs are filed, Plaintiffs shall respond to such amicus curiae briefs no more than ten days after the latest such brief is filed.

A Party's response to each filed amicus curiae brief shall be no more than 15 pages, except that each Party may combine its responses to multiple amicus curiae briefs in a single brief with a page limit of 25 pages.

IT IS SO STIPULATED:

Dated:  January 3, 2018                          Respectfully submitted,

                                                 XAVIER BECERRA
                                                 Attorney General of California
                                                 SUSAN S. FIERING
                                                 Supervising Deputy Attorney General
                                                 LAURA J. ZUCKERMAN
                                                 DENNIS A. RAGEN
                                                 HEATHER C. LESLIE
                                                 Deputy Attorneys General


                                                 /s/  Susan S. Fiering
                                                 SUSAN S. FIERING
                                                 Supervising Deputy Attorney General
                                                 *Attorneys for Defendants Dr. Lauren Zeise,
                                                 Director, Office of Environmental Health
                                                 Hazard Assessment, and Xavier Becerra,
                                                 Attorney General of the State of California*


January 3, 2018                                  LATHAM & WATKINS LLP




                                                 /s/  Richard P. Bress
                                                 RICHARD P. BRESS
                                                 *Attorneys for Plaintiffs National Association
                                                 of Wheat Growers et al.*

OK2017950064

3