XAVIER BECERRA, State Bar No. 118517
Attorney General of California
SUSAN S. FIERING, State Bar No. 121621
Supervising Deputy Attorney General
DENNIS RAGEN, State Bar No. 106468
HEATHER C. LESLIE, State Bar No. 305095
LAURA J. ZUCKERMAN, State Bar No. 161896
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-1299
 Fax:  (510) 622-2270
 E-mail:  Laura.Zuckerman@doj.ca.gov
*Attorneys for Defendants Dr. Lauren Zeise,*
*Director, Office of Environmental Health Hazard*
*Assessment, and Xavier Becerra, Attorney General*
*of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF WHEAT GROWERS ET AL.,**<br><br>                                   Plaintiffs,<br><br>        **v.**<br><br>**LAUREN ZEISE, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE OFFICE OF ENVIRONMENTAL HEALTH HAZARD ASSESSMENT; AND XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>                                   Defendants. | Civil Action No. 2:17-CV-02401-WBS-EFB<br><br>**[PROPOSED] ORDER** |

1

Upon consideration of the parties' Joint Stipulation Concerning Responses to Amicus Briefs, and for good cause shown, the Court hereby orders as follows:

1.    No later than January 26, 2018, Defendants shall file any responses to the amicus curiae briefs filed by the United States Chamber of Commerce and California Chamber of Commerce and by the State of Missouri and ten other States in support of Plaintiffs' Motion for a Preliminary Injunction.

2.    Any amicus curiae briefs in support of Defendants shall be filed no later than January 26, 2018.  In the event that such amicus curiae briefs are filed, Plaintiffs shall respond to such amicus curiae briefs no more than ten days after the latest such brief is filed.

3.    A party's response to each filed amicus curiae brief shall be no more than 15 pages, except that each Party may combine its responses to multiple amicus curiae briefs in a single brief with a maximum page limit of 25 pages.

IT IS SO ORDERED.

DATED this ___ day of January, 2018        _____

Hon. William B. Shubb
Senior United States District Court Judge

OK2017950064

2