Xavier Becerra, State Bar No. 118517
Attorney General of California
Susan S. Fiering, State Bar No. 121621
Supervising Deputy Attorney General
Dennis Ragen, State Bar No. 106468
Heather C. Leslie, State Bar No. 305095
Laura J. Zuckerman, State Bar No. 161896
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-1299
  Fax: (510) 622-2270
  E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Defendants Dr. Lauren Zeise, Director, Office of Environmental Health Hazard Assessment, and Xavier Becerra, Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF WHEAT GROWERS ET AL.**, <br><br> Plaintiffs, <br><br> v. <br><br> **LAUREN ZEISE, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE OFFICE OF ENVIRONMENTAL HEALTH HAZARD ASSESSMENT; AND XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,** <br><br> Defendants. | Civil Action No. 2:17-CV-02401-WBS-EFB <br><br> **ORDER** |

Upon consideration of the parties' Stipulation to Revise Briefing Schedule, and for good cause shown, the Court hereby orders as follows:

1. <u>January 16, 2018</u>: By this date, Defendants shall answer Plaintiffs' First Amended Complaint.

2. <u>January 22, 2018</u>: By this date, Defendants shall file their opposition to Plaintiffs' motion for a preliminary injunction.

3. <u>January 26, 2018</u>: By this date, Defendants shall file their response to the two amicus curiae briefs filed on behalf of Plaintiffs. Any amicus curiae briefs in support of Defendants shall be filed by this date.

4. <u>February 12, 2018</u>: By this date, Plaintiffs shall file any reply in support of their motion for a preliminary injunction and any responses to amicus curiae briefs in support of Defendants.

5. <u>February 20, 2018 at 1:30p.m.</u>: On this date, the Court will hold a hearing on Plaintiffs' motion for a preliminary injunction.

6. The dates set forth in this order shall supersede any earlier dates agreed to by the parties and ordered by the Court.

IT IS SO ORDERED.

Dated: January 5, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

OK2017950064
33215308.docx