MICHAEL E. WALL (SBN 170238)
KAITLIN A. MORRISON, of counsel
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6100 / Fax: (415) 795-4799
mwall@nrdc.org

*Counsel for Proposed Amici Curiae
Natural Resources Defense Council, Inc.,
Sierra Club, and Center for Environmental
Health*

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHEAT GROWERS, et al., <br><br> Plaintiffs, <br> v. <br><br> LAUREN ZEISE, et al., <br><br> Defendants. | Case No. 2:17-cv-02401-WBS-EFB <br><br> **ORDER GRANTING UNOPPOSED MOTION OF NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL., FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: February 20, 2018 <br> Time: 1:30 pm <br> Judge: Hon. William B. Shubb |

[Proposed] Order Granting NRDC, et al., Leave to
File Amicus Br. in Opp. To Mot. for Prelim Inj.
No. 2:17-cv-02401-WBS-EFB

**ORDER**

Upon due consideration, the unopposed motion [ECF No. 57] of Natural Resources Defense Council, et al., for leave to file an amicus brief in support of Defendants, and in opposition to the motion for preliminary injunction, is GRANTED.

The movants' corrected proposed amicus brief [ECF No. 60] is deemed filed.

SO ORDERED.

Dated: February 1, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Approved as to form:

January 26, 2018      /s/ Michael E. Wall
MICHAEL E. WALL (SBN 170238)
KAITLIN MORRISON, of counsel
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6100 / Fax: (415) 795-4799
mwall@nrdc.org

*Counsel for Proposed Amici*
*Natural Resources Defense Council, Inc.,*
*Sierra Club, and Center for Environmental Health*

[Proposed] Order Granting NRDC, et al., Leave to
File Amicus Br. in Opp. To Mot. for Prelim Inj.
No. 2:17-cv-02401-WBS-EFB

1