Scott C. Tips, Esq. (SBN 94439)
Tips & Associates
15760 Ventura Blvd, Suite 1200
Encino, California 91436
(818) 657-0300
sct@thenhf.com

Attorneys for (proposed) Amici Curiae
The National Health Federation
and Moms Across America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHEAT GROWERS; NATIONAL CORN GROWERS ASSOCIATION; UNITED STATES DURUM GROWERS ASSOCIATION; WESTERN PLANT HEALTH ASSOCIATION; MISSOURI FARM BUREAU; IOWA SOYBEAN ASSOCIATION; SOUTH DAKOTA AGRI-BUSINESS ASSOCIATION; NORTH DAKOTA GRAIN GROWERS ASSOCIATION; MISSOURI CHAMBER OF COMMERCE AND INDUSTRY; MONSANTO COMPANY; ASSOCIATED INDUSTRIES OF MISSOURI; AND AGRIBUSINESS ASSOCIATION OF IOWA,<br><br>    Plaintiffs,<br><br>  v.<br><br>LAUREN ZEISE, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE OFFICE OF ENVIRONMENTAL HEALTH HAZARD ASSESSMENT; AND XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>    Defendants. | No. 2:17-cv-02401-WBS-EFB<br><br>**ORDER ON MOTION FOR LEAVE TO FILE BRIEF OF THE NATIONAL HEALTH FEDERATION AND MOMS ACROSS AMERICA AS *AMICI CURIAE* IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

1

**T**he Motion of the National Health Federation and Moms Across America for leave to file a brief as *amici curiae* in opposition to Plaintiffs' motion for a preliminary injunction in the above-captioned case is hereby GRANTED.

    **IT IS SO ORDERED**

Dated: February 6, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE