XAVIER BECERRA
Attorney General of California
SUSAN S. FIERING, State Bar No. 121621
Supervising Deputy Attorney General
DENNIS A. RAGEN, State Bar No. 106468
HEATHER C. LESLIE, State Bar No. 305095
LAURA J. ZUCKERMAN, State Bar No. 161896
ERIN C. GANAHL, State Bar No. 248472
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-1299
  Fax: (510) 622-2270
  E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Defendants Dr. Lauren Zeise,
Director, Office of Environmental Health Hazard
Assessment, and Xavier Becerra, Attorney General
of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF WHEAT GROWERS ET AL.,**<br><br>**PLAINTIFFS,**<br><br>v.<br><br>**LAUREN ZEISE, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE OFFICE OF ENVIRONMENTAL HEALTH HAZARD ASSESSMENT; AND XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>**DEFENDANTS.** | 2:17-cv-02401-WBS-EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Courtroom: 5<br>Judge: The Honorable William B. Shubb<br>Trial Date: None set.<br>Action Filed: November 15, 2017 |

On November 15, 2017 this Court entered an Order re: Status (Pretrial Scheduling) Conference setting a Status Conference for March 26, 2018 at 1:30 p.m. and requiring the parties to meet and confer and agree upon a discovery plan and to file a Joint Status Report. Doc. 5.

1

| | |
|---|---|
| 1 | On February 26, 2018, the Court issued its Memorandum and Order re: Motion for |
| 2 | Preliminary Injunction, granting in part and denying in part plaintiffs' motion for preliminary |
| 3 | injunction. |
| 4 | Defendants are currently reviewing their options for responding to the Court's preliminary |
| 5 | injunction order, and are considering filing a notice of appeal. |
| 6 | The parties have conferred and agree that an extension of the currently scheduled date for |
| 7 | the Status Conference from March 26, 2018 until May 14, 2018 would serve the interests of all |
| 8 | parties. The parties hereby stipulate to such an extension and request that this Court continue the |
| 9 | Status Conference from March 26, 2018 to May 14, 2018 or such later date as is convenient to the |
| 10 | Court, and reset the dates for conducting the meet and confer and filing a Joint Status Report |
| 11 | consistent with that changed date. |
| 12 | IT IS SO STIPULATED: |

| | |
|---|---|
| Dated: March 5, 2018 | XAVIER BECERRA<br>Attorney General of California<br>SUSAN S. FIERING<br>Supervising Deputy Attorney General<br>DENNIS A. RAGEN<br>HEATHER LESLIE<br>Deputy Attorneys General<br><br>/s/ Laura J. Zuckerman<br>LAURA J. ZUCKERMAN<br>Deputy Attorney General<br>*Attorneys for Defendants Dr. Lauren Zeise, Director, Office of Environmental Health Hazard Assessment, and Xavier Becerra, Attorney General of the State of California* |
| Dated: March 5, 2018 | LATHAM AND WATKINS, LLP<br><br>/s/ Philip J. Perry (as authorized on 3/5/18)<br>PHILIP J. PERRY<br>*Attorneys for Plaintiffs National Association of Wheat Growers et al.* |

Pursuant to the stipulation of the parties and for good cause shown, the Court continues the date of the **Scheduling Conference** in this matter **to May 21, 2018 at 1:30 p.m.** The dates for meeting and conferring and for filing the Joint Status Conference Report shall be continued consistent with the Court's prior Order re: Status Conference. The Joint Status Report shall be filed no later than **May 7, 2018**.

IT IS SO ORDERED:

Dated: March 6, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

OK2017950064
90911995.docx