XAVIER BECERRA  
Attorney General of California  
SUSAN S. FIERING, State Bar No. 121621  
Supervising Deputy Attorney General  
LAURA J. ZUCKERMAN, State Bar No. 161896  
DENNIS A. RAGEN, State Bar No. 106468  
HEATHER C. LESLIE, State Bar No. 305095  
Deputy Attorney General  
  1300 I Street, Suite 125  
  P.O. Box 944255  
  Sacramento, CA 94244-2550  
  Telephone: (916) 210-7832  
  Fax: (916) 327-2319  
  E-mail: Heather.Leslie@doj.ca.gov  
*Attorneys for Defendants Dr. Lauren Zeise, Director, Office of Environmental Health Hazard Assessment, and Xavier Becerra, Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF WHEAT GROWERS ET AL.**, <br><br> Plaintiffs, <br><br> v. <br><br> **LAUREN ZEISE, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE OFFICE OF ENVIRONMENTAL HEALTH HAZARD ASSESSMENT; AND XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,** <br><br> Defendants. | Civil Action No. 2:17-CV-02401-WBS-EFB <br><br> **ORDER FOR BRIEFING SCHEDULE** |

Upon consideration of the parties' Stipulation and Request for Court to Enter Briefing Schedule, and for good cause shown, the Court hereby orders as follows:

1. <u>May 3, 2018</u>: By this date, Plaintiffs shall file any opposition to the Motion for Judgment on the Pleadings and to Alter or Amend the Court's Order Granting Preliminary Injunction filed by Dr. Zeise ("Zeise Motion") and to the Motion to Alter or Amend the Court's Order Granting Preliminary Injunction as to the Warning Provision of Proposition 65 filed by Attorney General Becerra ("Attorney General Motion").

2. <u>May 22, 2018</u>: By this date, Dr. Zeise shall file any reply to Plaintiffs' opposition to the Zeise Motion and Attorney General shall file any reply to Plaintiffs' opposition to the Attorney General Motion.

IT IS SO ORDERED.

Dated: April 10, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

OK2017950064
33338223.docx