Philip J. Perry (CA Bar No. 148696)
Richard P. Bress (admitted *pro hac vice*)
Andrew D. Prins (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
philip.perry@lw.com
*Attorneys for Plaintiffs*
*Monsanto Company and CropLife America*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHEAT GROWERS; NATIONAL CORN GROWERS ASSOCIATION; UNITED STATES DURUM GROWERS ASSOCIATION; WESTERN PLANT HEALTH ASSOCIATION; MISSOURI FARM BUREAU; IOWA SOYBEAN ASSOCIATION; SOUTH DAKOTA AGRI-BUSINESS ASSOCIATION; NORTH DAKOTA GRAIN GROWERS ASSOCIATION; MISSOURI CHAMBER OF COMMERCE AND INDUSTRY; MONSANTO COMPANY; ASSOCIATED INDUSTRIES OF MISSOURI; AGRIBUSINESS ASSOCIATION OF IOWA; CROPLIFE AMERICA; AND AGRICULTURAL RETAILERS ASSOCIATION,<br><br>Plaintiffs,<br><br>LAUREN ZEISE, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE OFFICE OF ENVIRONMENTAL HEALTH HAZARD ASSESSMENT; AND XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF DEFENDANTS OF CALIFORNIA,<br><br>Defendants. | Civil Action No. 2:17-cv-02401-WBS-EFB<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT DR. LAUREN ZEISE WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND TO MODIFY PRELIMINARY INJUNCTION**<br><br>The Honorable William B. Shubb<br><br>Courtroom 5<br><br>Case Filed: Nov. 15, 2017 |

Upon consideration of the parties' Stipulation to Dismiss Defendant Lauren Zeise Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and to Modify Preliminary Injunction, and for good cause shown, the Court hereby orders as follows:

1. Defendant Lauren Zeise is dismissed from this action without prejudice.

2. Defendant Zeise's Motion (Dkt. 83) seeking her dismissal from this action is taken off calendar.

3. The preliminary injunction, which the Court granted in part by Order dated February 26, 2018 (Dkt. 75 at page 19, lines 25-28, and page 20, lines 1-7), is modified to read as follows:

> Plaintiffs' request for a preliminary injunction as to Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California, enjoining his enforcement of the warning requirement of California Health & Safety Code § 25249.6 as to glyphosate is GRANTED. Pending final resolution of this action, the Attorney General, his agents and employees, all persons or entities in privity with him, and anyone acting in concert with him are hereby ENJOINED from enforcing as against plaintiffs, plaintiffs' members, and all persons represented by plaintiffs, California Health & Safety Code § 25249.6's requirement that any person in the course of doing business provide a clear and reasonable warning before exposing any individual to glyphosate.

4. Nothing in this Order shall modify the schedule for briefing and hearing of other pending motions, including Defendant Becerra's pending Motion to Alter or Amend the Court's Order Granting Preliminary Injunction as to Warning Provision of Proposition 65 (Dkt. 81).

IT IS SO ORDERED.

Dated: May 4, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

2

Dated: May 3, 2018                    /s/  Philip J. Perry
3                                      Philip J. Perry
                                       *Attorney for Plaintiffs*
4                                      *Monsanto Company and CropLife*
                                       *America*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28