UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHEAT GROWERS; NATIONAL CORN GROWERS ASSOCIATION; UNITED STATES DURUM GROWERS ASSOCIATION; WESTERN PLANT HEALTH ASSOCIATION; MISSOURI FARM BUREAU; IOWA SOYBEAN ASSOCIATION; SOUTH DAKOTA AGRI-BUSINESS ASSOCIATION; NORTH DAKOTA GRAIN GROWERS ASSOCIATION; MISSOURI CHAMBER OF COMMERCE AND INDUSTRY; MONSANTO COMPANY; ASSOCIATED INDUSTRIES OF MISSOURI; AGRIBUSINESS ASSOCIATION OF IOWA; CROPLIFE AMERICA; AND AGRICULTURAL RETAILERS ASSOCIATION, <br><br>          Plaintiffs, <br><br>XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA, <br><br>          Defendant. | Civil Action No. 2:17-cv-02401-WBS-EFB <br><br>**ORDER** |

Upon consideration of the parties' Joint Stipulation for a Scheduling Order to Brief Plaintiffs' Forthcoming Motion for Summary Judgment and Defendant's Motion to Stay, and for good cause shown, the Court hereby enters the following schedule:

1. <u>July 30, 2018</u>: By this date, Defendant shall file its Motion to Stay.

2. <u>August 15, 2018</u>: By this date, Plaintiffs shall respond to the Motion to Stay.

3. <u>August 28, 2018</u>: By this date, Defendant shall file its Reply in Support of Motion to stay.

4. <u>September 4, 2018</u>: The Court shall hold a hearing on Defendant's Motion to Stay.

In the event Defendant's Motion to Stay is denied:

5. <u>September 14, 2018</u>: By this date, Plaintiffs shall file their Motion for Summary Judgment.

6. <u>October 19, 2018</u>: By this date, Defendant shall file its joint Opposition and Cross-Motion for Summary Judgment.

7. <u>November 26, 2018</u>: By this date, Plaintiffs shall file their joint Reply in Support of Motion for Summary Judgment and Opposition to Defendant's Cross-Motion.

8. <u>December 21, 2018</u>: By this date, Defendant shall file its Reply in Support of Cross-Motion.

9. <u>January 22, 2019 at 1:30 pm</u>: The Court shall hold a hearing on the parties' cross-motions for summary judgment.

10. The Scheduling Conference set for July 30, 2018 is vacated.

IT IS ORDERED.

Dated: July 17, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dated: July 16, 2018

/s/ Philip J. Perry
Philip J. Perry
*Attorney for Plaintiffs Monsanto Company and CropLife America*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

/s/ Laura J. Zuckerman
LAURA J. ZUCKERMAN
Deputy Attorney General
*Attorneys for Xavier Becerra, Attorney General of the State of California*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES