Philip J. Perry (CA Bar No. 148696)
Richard P. Bress (admitted *pro hac vice*)
Andrew D. Prins (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
philip.perry@lw.com
(*additional counsel on signature page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHEAT GROWERS; NATIONAL CORN GROWERS ASSOCIATION; UNITED STATES DURUM GROWERS ASSOCIATION; WESTERN PLANT HEALTH ASSOCIATION; MISSOURI FARM BUREAU; IOWA SOYBEAN ASSOCIATION; SOUTH DAKOTA AGRI-BUSINESS ASSOCIATION; NORTH DAKOTA GRAIN GROWERS ASSOCIATION; MISSOURI CHAMBER OF COMMERCE AND INDUSTRY; MONSANTO COMPANY; ASSOCIATED INDUSTRIES OF MISSOURI; AGRIBUSINESS ASSOCIATION OF IOWA; CROPLIFE AMERICA; AND AGRICULTURAL RETAILERS ASSOCIATION, Plaintiffs, v. XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, Defendant. | Civil Action No. 2:17-cv-02401-WBS-EFB **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** [Declarations of Jefferson Jon Doggett, David Heering, Blake Hurst, Blake Inman, Mark Jackson, Greg Kessel, Mark Martinson, Ray McCarty, Dan Mehan, Trent Norris, Renee Pinel, Gordon Stoner, Dan Wogsland, and Kathy Zander filed and [Proposed] Order lodged concurrently herewith] Hearing: Feb. 10, 2020 Time: 1:30 p.m. Ctrm: 5 The Honorable William B. Shubb Case Filed: Nov. 15, 2017 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, February 10, 2020, at 1:30 p.m., or as soon thereafter as counsel may be heard in Courtroom 5 of the above titled Court, located in the United States Courthouse at 501 I Street, Sacramento, CA 95814, before the Honorable William B. Shubb, Plaintiffs will and hereby do move the Court to enter summary judgment in Plaintiffs' favor; to declare that the Proposition 65 warning requirement for glyphosate violates the First Amendment; and to convert the Court's preliminary injunction to a permanent injunction, enjoining Defendant and his officers, employees, or agents, and all those in privity with those entities or individuals, from enforcing or threatening to enforce the warning requirement in Proposition 65 with regard to glyphosate, including the requirement that any "person in the course of doing business" provide a "clear and reasonable warning" before "expos[ing] any individual to" glyphosate. Cal. Health & Safety Code. § 25249.6.

This Motion is made on the grounds stated in the Memorandum of Points and Authorities filed herewith. Proposition 65's warning requirement, if allowed to come into effect, would coerce Plaintiffs to provide a cancer "warning" with which they vehemently disagree and that is contrary to the nearly unanimous worldwide scientific consensus that glyphosate does *not* pose a risk of cancer. As explained in detail in Plaintiffs' Memorandum, the warning requirement violates the First Amendment to the United States Constitution's protections against compelled speech.

In support of their Motion, Plaintiffs rely on the accompanying Memorandum of Points and Authorities; the

Declarations of Jefferson Jon Doggett, David Heering, Blake Hurst, Blake Inman, Mark Jackson, Greg Kessel, Mark Martinson, Ray McCarty, Dan Mehan, Trent Norris, Renee Pinel, Gordon Stoner, Dan Wogsland, and Kathy Zander, and the Exhibits attached thereto; such oral argument that may be properly presented at or before the time of the hearing; and upon any other matter the Court deems proper.

Plaintiffs anticipate that hearing of this Motion will require 1 hour. Plaintiffs do not anticipate calling live witnesses.

Dated: September 25, 2019

Respectfully submitted,

/s/ Philip J. Perry

Catherine L. Hanaway (admitted *pro hac vice*)
Matthew T. Schelp (admitted *pro hac vice*)
Matthew P. Diehr (admitted *pro hac vice*)
Christopher C. Miles (CA Bar No. 268774)
Natalie R. Holden (admitted *pro hac vice*)
HUSCH BLACKWELL
The Plaza in Clayton
190 Carondelet Plaza Suite 600
St Louis, Missouri 63105
Tel. (314) 480-1903
catherine.hanaway@huschblackwell.com

*Attorneys for Plaintiffs National Association of Wheat Growers, National Corn Growers Association, United States Durum Growers Association, Monsanto Company, Missouri Farm Bureau, Iowa Soybean Association, South Dakota Agri-Business Association, North Dakota Grain Growers Association, Missouri Chamber of Commerce and Industry, Agribusiness Association of Iowa, and Associated Industries of Missouri*

Ann M. Grottveit (CA Bar No. 256349)
KAHN, SOARES & CONWAY, LLP
1415 L Street, Suite 400
Sacramento, CA 95814
Tel: (916) 448-3826
agrottveit@kscsacramento.com

*Attorney for Plaintiff Western Plant Health Association*

Philip J. Perry (CA Bar No. 148696)
Richard P. Bress (admitted *pro hac vice*)
Andrew D. Prins (admitted *pro hac vice*)
Ryan S. Baasch (admitted *pro hac vice*)
Nicholas L. Schlossman (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
philip.perry@lw.com

*Attorneys for Plaintiffs Monsanto Company and CropLife America*

Trenton H. Norris (CA Bar No. 164781)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center
10th Floor
San Francisco, CA 94111
Tel: (415) 471-3303

*Attorney for Plaintiff Monsanto Company*

Eliot Belilos (admitted *pro hac vice*)
Gary Baise (admitted *pro hac vice*)
OLSSON FRANK WEEDA TERMAN MATZ PC
600 New Hampshire Ave NW # 500
Washington, DC 20037
Tel: (202) 789-1212
ebelilos@ofwlaw.com

*Attorneys for Plaintiff Agricultural Retailers Association*