1  XAVIER BECERRA
Attorney General of California
2  HARRISON M. POLLAK
Supervising Deputy Attorney General
3  DENNIS A. RAGEN, State Bar No. 106468
ANDREW J. WIENER, State Bar No. 282414
4  LAURA J. ZUCKERMAN, State Bar No. 161896
Deputy Attorneys General
5   1515 Clay Street, 20th Floor
 P.O. Box 70550
6   Oakland, CA  94612-0550
 Telephone:  (510) 879-1299
7  Fax:  (510) 622-2270
 E-mail:  Laura.Zuckerman@doj.ca.gov
8  *Attorneys for Defendant Xavier Becerra, Attorney
General of the State of California*

9

10  IN THE UNITED STATES DISTRICT COURT

11  FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14

15  **NATIONAL ASSOCIATION OF WHEAT GROWERS ET AL.,**

16  Plaintiffs,

17  **v.**

18  **XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**

19

20  Defendant.

21

Civil Action No. 2:17-CV-02401-WBS-EFB

**ORDER REVISING BRIEFING AND HEARING SCHEDULE**

Courtroom:  5
Judge:  The Honorable William B. Shubb
Trial Date:  None set
Action Filed:  November 15, 2017

22

23

24

25

26

27

28

1

Upon consideration of the parties' Stipulation to Revise Briefing and Hearing Schedule, the Court hereby enters the following schedule:

1. December 11, 2019: By this date, Defendant shall file its combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment, if any.

2. January 29, 2020: By this date, Plaintiffs shall file their combined reply in support of their motion for summary judgment and opposition to Defendant's cross-motion, if any.

3. March 4, 2020: By this date, Defendant shall file its reply in support of its cross-motion for summary judgment, if any.

4. **March 23, 2020 at 1:30 p.m.:** A hearing on the motion(s) for summary judgment shall take place on this date.

IT IS SO ORDERED.

Dated: October 15, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

OK2017950064