UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHEAT GROWERS; NATIONAL CORN GROWERS ASSOCIATION; UNITED STATES DURUM GROWERS ASSOCIATION; WESTERN PLANT HEALTH ASSOCIATION; IOWA SOYBEAN ASSOCIATION; SOUTH DAKOTA AGRI-BUSINESS ASSOCIATION; NORTH DAKOTA GRAIN GROWERS ASSOCIATION; MISSOURI CHAMBER OF COMMERCE AND INDUSTRY; MONSANTO COMPANY; ASSOCIATED INDUSTRIES OF MISSOURI; AGRIBUSINESS ASSOCIATION OF IOWA; CROPLIFE AMERICA; AND AGRICULTURAL RETAILERS ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> LAUREN ZEISE, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE OFFICE OF ENVIRONMENTAL HEALTH HAZARD ASSESSMENT; and XAVIER BECERRA, in his official capacity as Attorney General of the State of California, <br><br> Defendants. | CIV. NO. 2:17-2401 WBS EFB <br><br> ORDER GRANTING MOTION TO WITHDRAW |

1

```
 1                        ----oo0oo----
 2            Before the court is the motion by the Amici States
 3   (Missouri, Idaho, Iowa, Louisiana, Kansas, Michigan, North
 4   Dakota, and Wisconsin) to allow the withdrawal of their counsel
 5   Joshua Devine and Travis Lillie.  (Docket No. 121.)  The Amici
 6   States note that these attorneys no longer work for any of the
 7   Amici States and that the Amici States' involvement in this case
 8   is complete.  In light of the foregoing, the motion is GRANTED.
 9            IT IS SO ORDERED.
10   Dated:  December 12, 2019
11                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
12
```