LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHEAT GROWERS; NATIONAL CORN GROWERS ASSOCIATION; UNITED STATES DURUM GROWERS ASSOCIATION; WESTERN PLANT HEALTH ASSOCIATION; MISSOURI FARM BUREAU; IOWA SOYBEAN ASSOCIATION; SOUTH DAKOTA AGRI-BUSINESS ASSOCIATION; NORTH DAKOTA GRAIN GROWERS ASSOCIATION; MISSOURI CHAMBER OF COMMERCE AND INDUSTRY; MONSANTO COMPANY; ASSOCIATED INDUSTRIES OF MISSOURI; AGRIBUSINESS ASSOCIATION OF IOWA; CROPLIFE AMERICA; AND AGRICULTURAL RETAILERS ASSOCIATION,<br><br>Plaintiffs,<br><br>XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,<br><br>Defendant. | Civil Action No. 2:17-cv-02401-WBS-EFB<br><br>**ORDER REVISING BRIEFING AND HEARING SCHEDULE**<br><br>Courtroom: 5<br>Judge: The Honorable William B. Shubb<br>Trial Date: None set<br>Action filed: November 15, 2017 |

Upon consideration of the parties' Stipulation to Revise Briefing and Hearing Schedule, the Court hereby enters the following schedule:

1. <u>February 12, 2020</u>: By this date, Plaintiffs shall file their combined reply in support of their motion for summary judgment and opposition to Defendant's cross-motion.

2. <u>April 1, 2020</u>: By this date, Defendant shall file his reply in support of his cross-motion for summary judgment.

3. <u>April 20, 2020, at 1:30 p.m.</u>: A hearing on the cross-motions for summary judgment shall take place on this date.

IT IS SO ORDERED.

Dated: January 3, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES