UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHEAT GROWERS; NATIONAL CORN GROWERS ASSOCIATION; UNITED STATES DURUM GROWERS ASSOCIATION; WESTERN PLANT HEALTH ASSOCIATION; MISSOURI FARM BUREAU; IOWA SOYBEAN ASSOCIATION; SOUTH DAKOTA AGRI-BUSINESS ASSOCIATION; NORTH DAKOTA GRAIN GROWERS ASSOCIATION; MISSOURI CHAMBER OF COMMERCE AND INDUSTRY; MONSANTO COMPANY; ASSOCIATED INDUSTRIES OF MISSOURI; AGRIBUSINESS ASSOCIATION OF IOWA; CROPLIFE AMERICA; AND AGRICULTURAL RETAILERS ASSOCIATION,<br><br>Plaintiffs,<br><br>XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,<br><br>Defendant. | Civil Action No. 2:17-cv-02401-WBS-EFB<br><br>**ORDER REVISING HEARING SCHEDULE** |

Upon consideration of the parties' Stipulation to Revise Hearing Schedule, the Court hereby enters the following schedule:

<u>June 15, 2020, at 1:30 p.m.</u>: A hearing on the cross-motions for summary judgment shall take place on this date.

IT IS ORDERED.

Dated: February 20, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES