IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF WHEAT GROWERS ET AL.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Defendant. | Civil Action No. 2:17-CV-02401-WBS-EFB<br><br>**ORDER REVISING BRIEFING SCHEDULE** |

1

Upon consideration of the parties' Stipulation to Revise Briefing Schedule, the Court hereby enters the following schedule:

1. <u>April 15, 2020</u>:  By this date, Defendant shall file his reply in support of his cross-motion for summary judgment.

2. <u>June 15, 2020</u>:  The hearing on the cross-motions for summary judgment remains scheduled for this date.

IT IS SO ORDERED.

Dated:  March 25, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE