UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

NATIONAL ASSOCIATION OF WHEAT GROWERS; NATIONAL CORN GROWERS ASSOCIATION; UNITED STATES DURUM GROWERS ASSOCIATION; WESTERN PLANT HEALTH ASSOCIATION; IOWA SOYBEAN ASSOCIATION; SOUTH DAKOTA AGRI-BUSINESS ASSOCIATION; NORTH DAKOTA GRAIN GROWERS ASSOCIATION; MISSOURI CHAMBER OF COMMERCE AND INDUSTRY; MONSANTO COMPANY; ASSOCIATED INDUSTRIES OF MISSOURI; AGRIBUSINESS ASSOCIATION OF IOWA; CROPLIFE AMERICA; and AGRICULTURAL RETAILERS ASSOCIATION,

        Plaintiffs,

   v.

XAVIER BECERRA, in his official capacity as Attorney General of the State of California,

        Defendant.

No. 2:17-cv-2401 WBS EFB

ORDER

----oo0oo----

On June 22, 2020, the court granted summary judgment on

1

plaintiffs' First Amendment claim and entered a permanent injunction enjoining enforcement of Proposition 65's warning requirement as to glyphosate. (Docket No. 165.) Accordingly, plaintiffs have achieved the goal of their suit -- a declaration that the warning requirement as to glyphosate is unconstitutional.[1]

Accordingly, on or before August 14, 2020, the parties are ORDERED TO SHOW CAUSE, if any there be, why the remaining counts of the First Amended Complaint should not be dismissed as moot and why final judgment should not now be entered. In the absence of a showing of good cause, the remaining counts will be dismissed and the court will forthwith enter final judgment on its order of June 22, 2020.

IT IS SO ORDERED.

Dated: July 30, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Indeed, plaintiffs relied solely on their First Amendment claim in seeking a preliminary injunction and then summary judgment, and at no point have they sought to litigate their Supremacy Clause and Due Process Clause claims beyond including them in the Complaint and First Amended Complaint.