Case 2:17-cv-02401-WBS-EFB   Document 158   Filed 08/11/20   Page 1 of 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHEAT GROWERS; NATIONAL CORN GROWERS ASSOCIATION; UNITED STATES DURUM GROWERS ASSOCIATION; WESTERN PLANT HEALTH ASSOCIATION; MISSOURI FARM BUREAU; IOWA SOYBEAN ASSOCIATION; SOUTH DAKOTA AGRI-BUSINESS ASSOCIATION; NORTH DAKOTA GRAIN GROWERS ASSOCIATION; MISSOURI CHAMBER OF COMMERCE AND INDUSTRY; MONSANTO COMPANY; ASSOCIATED INDUSTRIES OF MISSOURI; AGRIBUSINESS ASSOCIATION OF IOWA; CROPLIFE AMERICA; AND AGRICULTURAL RETAILERS ASSOCIATION,<br><br>        Plaintiffs,<br><br>XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>        Defendant. | Civil Action No. 2:17-cv-02401-WBS-EFB<br><br>**ORDER** |

Upon consideration of the parties' Joint Response to Order to Show Cause, it is hereby ORDERED that:

1. Plaintiffs' pending claims in their First Amended Complaint, Dkt. 23, consisting of Claim II (Violation of Supremacy Clause of the United States Constitution) and Claim III (Violation of the Due Process Clause of the Fourteenth Amendment to the United States Constitution) are DISMISSED WITHOUT PREJUDICE as moot;

2. The court GRANTS LEAVE to Plaintiffs to refile Claim II and Claim III in the event that, following appeal, the Ninth Circuit Court of Appeals remands this matter to this court; and

3. The Clerk shall separately enter judgment pursuant to the court's Memorandum and Order Re: Cross Motions for Summary Judgment, Dkt. 155, issued on June 22, 2020.

IT IS SO ORDERED.

Dated: August 10, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE